FILED
August 10, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Aida Baeza
DEPUTY

**UNITED STATES DISTRICT COURT**

**Western District of Texas**

**P-26-cv-00060**

**Ryan Smith**

***against***

**Suzanne Adams, Arlene Bluth, Rowan Wilson, Vanessa Fang, Everett Hopkins, Hector Lasalle, Stuart Slotnick, Wavny Toussaint, Dianne T. Renwick, Kevin Mcclanahan, Julia Hernandez, Joy Campanelli, Tanya Faye, Joseph W. Belluck, Michael Rosenthal, Jamaal T. Bailey, Genine Edwards, Carmen A. Pacheco, Michael Gianaris, Jack M. Martins, Brian Gotlieb**

**COMPLAINT**

**1. Defendants intend to redraw existing district boundaries,**

**2. Defendants' acts are purely unconstitutional,**

**3. A mandamus should be issued accordingly.**

**Ryan Smith**

Ryan Smith
170 Country Club Dr, Palm Desert, CA
92320

DV DANIELS NJ 070
7 AUG 2026 PM 6 L

Freedom 250 FOREVER

PINE
AUG 1 0 2026
...ENED BY CSO

U.S. District Court Clerk's Office
2450 State Hwy. 118
Alpine, TX 79830

79830-203739